# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2017

## NO. 03-16-00522-CV

**Brian Harris; Passion Fielder; Michael Best; Glenda Best; and/or All Other Occupants of 1512 Sundance Drive, Round Rock, Texas, Appellants**

**v.**

**MWS Capital, LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 29, 2016. Having reviewed the record, the Court holds that Brian Harris; Passion Fielder; Michael Best; Glenda Best; and/or All Other Occupants of 1512 Sundance Drive, Round Rock, Texas have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.